IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 4:11CR3087 |
| v. | ) | **ORDER** |
| GUY ALLEN, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Plea Hearing, filing 26, from December 15, 2011, for approximately one week. The Court, being fully advised in the premises, and noting that the government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant's plea hearing shall be continued until the 22nd day of December, 2011, at 10:30 a.m. Mr. Allen is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing this plea hearing. Further, the Court finds that taking such action outweighs the best interests of the public and defendant in a speedy trial. Accordingly, the time from December 14, 2011, until the date next set for defendant's plea hearing shall be excludable time, pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 14th day of December, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
_____
The Honorable Cheryl R. Zwart
United States Magistrate Judge