IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CR3087 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| GUY ALLEN, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion to Withdraw as Counsel and Appoint New Counsel, filing 31. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Assistant Federal Public Defender John C. Vanderslice and the Federal Public Defender's office shall be permitted to withdraw as counsel of record for Mr. Allen. It is further ordered that the Federal Public Defender's office shall contact a CJA panel attorney to represent Mr. Allen in the above captioned matter, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and shall forthwith provide this Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the CJA Plan for this District. The Clerk is further ordered to remove Mr. Vanderslice's name from all future ECF notices.

Dated this 11th day of January, 2012.

BY THE COURT:

s/ Cheryl R. Zwart
The Honorable Cheryl R. Zwart
United States Magistrate Judge