IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3087 |
| v. | ) | |
| GUY E. ALLEN, TERRELLE L. TYLER, CEDRIC WILLIAMS, | ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

Defendants Allen and Tyler have moved to continue the trial currently set for May 14, 2012. (Filing Nos. 60 & 61). As explained in the defendant's motion, the defendants need additional time to investigate this case and complete discovery. The government does not oppose the requested continuance. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motions to continue filed by defendants Allen and Tyler, (filing nos. 60 & 61), are granted.

2) As to all defendants, the trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on July 16, 2012, or as soon thereafter as the case may be called, for a duration of six (6) trial days. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendants' motions and the representations of their counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and July 16, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 2nd day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge