IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3087-3 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| CEDRIC WILLIAMS, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The Clerk of Court shall file the Federal Bureau of Prison's letter to me dated September 6, 2012.

(2) The Clerk of Court shall provide a copy of this order and the letter to counsel for the government, to counsel for the defendant and to the Federal Public Defender.

(3) Counsel for the defendant is reappointed to represent the defendant concerning this matter.

(4) The Federal Public Defender shall provide defense counsel with a CJA voucher.

Dated September 11, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge