IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3087-3 |
| | ) | |
| V. | ) | |
| | ) | |
| CEDRIC WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I have consulted with counsel regarding the September 6, 2012 letter from the Bureau of Prisons. (Filing no. 120.) I do not believe that I now have the power to change or amend the judgment. Counsel agree. I therefore decline to do so.

IT IS ORDERED that the Court will not change or amend the judgment (filing no. 116) notwithstanding the letter from the Bureau of Prisons. The Clerk shall mail a copy of this Order to Jose M. Santana, Chief, Designation and Computation Center, at the address more particularly shown in filing no. 120.

DATED this 13th day of September, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge