## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3087 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TERRELLE L. TYLER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a one and one-half hour evidentiary hearing, with sentencing to follow, is scheduled for Tuesday, December 4, 2012, commencing at 10:30 a.m., before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated November 26, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge